AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

DIANE COLLOPY

V.

DYNAMIC RECOVERY SOLUTIONS, LLC.,
PINNACLE CREDIT SERVICES, LLC., and
BANK OF AMERICA, N.A.

CASE NUMBER: 1:16-cv-06777

ASSIGNED JUDGE: Hon. Sara L. Ellis

DESIGNATED
MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Dynamic Recovery Solutions, LLC.
c/o Registered Agent
National Registered Agents, Inc.
208 S. LaSalle St.
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Jaclyn Pizkiez_

(By) DEPUTY CLERK



June 30, 2016

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-06777

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Diane Collopy v Dynamic Recovery Solutions, LLC
was received by me on *(date)* 06/30/2016 .

☐ I personally served the summons on the individual at *(place)* 208 S. LaSalle Suite 814 Chicago, IL 60604
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jason Paul , who is designated by law to accept service of process on behalf of *(name of organization)*
Dynamic Recovery Solutions, LLC on *(date)* 07/10/2016 ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/10/2016

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: